Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

Roanoke Division

TRACEYLEE E BURNS

~~Tracey Burns~~

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Roanoke / Bedford Virginia

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 7:26-CV-00229

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

**MAR 17 2026**

LAURA A. AUSTIN, CLERK
BY: E. Jones
DEPUTY CLERK

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                  Tracey Lee Burns
Street Address        1507 Beuna Vista
City and County       Roanoke Va. 24013
State and Zip Code    R
Telephone Number      (540)609-3931
E-mail Address

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Heather P Furgson Att.

Job or Title *(if known)* — Judge Now was CPS lawyer

Street Address — 1507 Beanu Vista

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — Lita Brim Poindexter

Job or Title *(if known)* — CPS A.H.

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — Klaire T Mundy,

Job or Title *(if known)* — Link

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — Donald G

Job or Title *(if known)* — CPS

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Roanoke City CPS
Bedford CPS

See Att. List

# Investagate NOW!!!

## Defendants

| | |
|---|---|
| Heather Ferguson | CPS Att./Judge |
| Diana Perkinson | Guardian of Litem / Alledgly Died |
| Lita Brim-Poindexter | Mothers Attorney / CPS Att. |
| Shannon Jones | Fathers Attorney |
| Erin C. Fircetz | Agency Representative |
| Kristin P. Rickman | Erin's Supervisor |
| Tyler Purvis | CPS Worker |
| Klaire T. Mundy, | Psy. D. |
| Donald Goss | CPS Supervisor |
| (Chastina Champion-Fritz) | Sub. Abuse Dis. Case Manager |
| Kevin Fritz | Administrative Hearing Officer |
| Don Goss | Supervisor |
| Melissa Vlet | Supervisor |
| Kelly Athey | Embrace |
| Rachel Preston | Embrace |
| Karen Westmoreland | Facilitator |
| Frank Rogert | Judge |
| Timothy R. Spencer, | Attorney (VSB No. 26530) |
| Jennifer L. Crook, | Ass. City Attorney (VSB No. 87433) |
| Steve Martin | Director of Human Social Services |
| Offier Jones | Responding Cop |
| John Cullen | |

I Also Never Met

Stoneh In Oct 2019

MEGAN D. PELLETIER   Grandson CPS Worker RKE. City
Robin L. Royer-CPS Supervisor
Angela Bolden   HBH 1409 Ole Dominion Blvd. Bedford Va
John S. Koehler   "Not sure who"   An Att. I never Met!
Abigail H.                KLIair T. Mundy, Psy.D.

Please.

Thank-you!!!

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Bedford County*
*Roanoke City*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _CPS, Roanoke/Bedford_, is a citizen of the State of *(name)* _Va_ .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _Erin Fireetz_, is incorporated under the laws of the State of *(name)* _Va_ , and has its principal place of business in the State of *(name)*
      _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _Melissa Viet_ , is a citizen of the State of *(name)* _Va_ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* TRACEY LEE BURNS , is incorporated under the laws of the State of *(name)* United State's , and has its principal place of business in the State of *(name)* Virginia .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Tyler Logan Lee Overton    Gracelynn Faith chrissy

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My Daughter the oldest one was Attemped to be Murder 2 since 2013 After it Never made the New's My youngest Was stolen by the same People that control the CPS My Son Was CPS Care less then ten months

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. All the Money in the World Couldn't Cover the pain brung on

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _____

Signature of Plaintiff    *Tracey Burns*
Printed Name of Plaintiff    Tracey Burns

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney    *Tracey Lee Burns*
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    (540) 609-3937
E-mail Address    _____

Page 5 of 5